THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donald Greg Holland, a/k/a Larry Holland, Appellant.
 
 
 

Appeal From Colleton County
 John C. Few, Circuit Court Judge

Unpublished Opinion No.  2007-UP-288
 Submitted June 1, 2007  Filed June 7,
 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 J. Benjamin Aplin, South Carolina Department of Probation, Parole
 & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Larry
 Holland appeals the circuit courts decision to revoke his probation.  Holland argues the circuit court erred in revoking his probation.  We disagree.  The determination of whether or not to revoke
 probation is within the trial courts discretion.  State v. Pauling,
 371 S.C. 435, 430, 639 S.E.2d 680, 681 (Ct. App. 2006).  Our authority to
 review this determination is confined to correcting errors of law unless the
 lack of a legal or evidentiary basis indicates the circuit judges decision was
 arbitrary and capricious.  Id.  Here, Holland admitted he violated the
 terms of his probation.  Further, the record demonstrates an evidentiary basis
 for the circuit courts decision.  Accordingly, after a thorough review of the
 record, counsels brief, and Hollands pro se brief, pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels motion
 to be relieved.  
APPEAL
 DISMISSED.
HEARN, C.J.,
 KITTREDGE, J., and CURETON, A.J., concur.